UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

WHIPPLE AZZARELLO, LLC
John C. Whipple, Esq. (JW 1591)
161 Madison Avenue, Suite 325
Morristown, New Jersey 07960
973-267-7300
Attorneys for Defendant Christopher Goodson

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Katharine S. Hayden |
| v. | Criminal No. 18-00590 (KSH) |
| CHRISTOPHER GOODSON, | CONSENT ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE |
| Defendant. | Document Electronically Filed |

THIS MATTER having come before the Court upon the application of Defendant Christopher Goodson, by and through his attorneys, the law firm of Whipple Azzarello, LLC (John C. Whipple, Esq., appearing) for an Order modifying his conditions of release; and the United States of America having consented to the entry of this Order through Craig Carpenito, United States Attorney (Zach Intrater, Assistant United States Attorney, appearing); and the Office of Pretrial Services having consented to the entry of this Order (through William Sobchik, Office of Pretrial Services); and the Court having considered the merits of the application; and good cause having been shown;

1

It is HEREBY ORDERED on this 27th day of ~~MAY~~ June, 2019, that Defendant's conditions of release are modified as follows:

1. The Defendant shall be permitted to execute any and all documents in connection with the refinance of property located at 81-83 Ocean Avenue, Jersey City, New Jersey 07305;

2. The Defendant shall be permitted to execute any and all documents in connection with the refinance of the property located at 144 Fourth Avenue, Newark, New Jersey 07104;

3. The Defendant shall be permitted to execute any and all documents in connection with the refinance of the property located at 1013 Flora Street, Elizabeth, New Jersey 07201;

4. The Defendant shall be permitted to execute any and all documents in connection with the refinance of the property located at 108 Watson Avenue, Newark, New Jersey 07112;

5. The Defendant shall be permitted to execute any and documents in connection with the refinance of the property located at 15-19 Isabella Avenue, Newark, New Jersey 07106; and

IT IS FURTHER ORDERED that the properties identified herein, less any and all encumbrances, shall be available to the United States as substitute assets to satisfy any forfeiture and/or restitution orders entered by the Court in connection with sentencing notwithstanding title held in the name of a corporate entity or Jessica Goodson individually; and

2

IT IS FURTHER ORDERED that all other terms and conditions of Defendant's release shall remain in full force and effect until further Order of the Court.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge

Form and entry consented to:

CRAIG CARPENITO
UNITED STATES ATTORNEY

By: _____
Zach Intrater, Assistant U.S. Attorney


WHIPPLE AZZARELLO, LLC
Attorneys for Defendant Christopher Goodson

By: _____
John C. Whipple, Esq.


UNITED STATES DISTRICT COURT
OFFICE OF PRETRIAL SERVICES

By: _____
William Sobchik, Pretrial Services Officer

3